**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**David Jonathan WEAVER, Petitioner.**

Supreme Court of Pennsylvania.

July 11, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of July, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue as stated by Petitioner:

Whether, if Act 152 violates the single-subject rule of Article III, Section 3 of the Pennsylvania Constitution, Megan's Law can be sustained by severance of the remaining portions of Act 152 of 2004.

The Superior Court's decision is **VACATED,** based on our decision in *Commonwealth v. Neiman,* —— Pa. ——, 84 A.3d 603 (2013), to the extent that it upheld the amendments to Megan's Law, and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Neiman,* —— Pa. ——, 84 A.3d 603 (2013). Allocatur is **DENIED** as to all remaining issues.

Justice Stevens notes his dissent to the order, as he would vote to grant allocatur to revisit this Court's decision in *Commonwealth v. Neiman,* —— Pa. ——, 84 A.3d 603 (2013), which struck down Act 152, P.L. 1243 No. 152 (2004) as unconstitutional under the single subject rule of Article III, Section 3 of the Pennsylvania Constitution.